Faty ANSOUMANA, Plaintiff–
Cross–Claimant–Appellee–
Cross–Appellant,

Jacques Legrand Ngouvi, Moussa Soumahoro, Mamadou Camara, Justin Obiang, Issa Diabate, Mbia Mandodja KD, Gilbert Megala, Carlton Aloysius Williams, Songore Ibrahim, Morro Sanneh, Shabani Salum, Fobe Kaba Sakho, Ruseba Ndomoka, Bassirou Ndiaye, Manani Moussa, Eric Manirakiza, Masudi Hassan Maftah, Abdoulaye Kpegouni, Zongo Issaka Koudaogo, Alhagie Jallow, Omar Ibrahim, Abdoulaye Hamani, Moussa Doumbia, Abdou Diop, Dramane Diabate, Mamady Cisse, Keba Cisse, Modou Diop, Ablodevi Dogbo, Massamou Sacko, Omari Kagombe, Omar Cheick and Sidy Soukona, Plaintiffs–Appellees,

v.

**GRISTEDES OPERATING CORP.,**
Defendant–Counter–Claimant,

Great Atlantic & Pacific Tea Company, Inc., doing business as A & P, Shopwell, Inc. and doing business as Food Emporium and Charlie Bauer, individually, and, doing business as B & B Delivery Service, also known as Citi Express, Defendants,

Duane Reade, Inc., Defendant-
Cross-Claimant-Appellant-
Cross-Appellee,

Scott Weinstein, individually, and, doing business as Hudson Delivery Service, Inc., Steven Pilavin, individually, and, doing business as Hudson Delivery Service, Inc. and Chelsea Trucking Inc., also known as Hudson York, Defendants–Counter–Defendants,

Local 338, RWDSU, Movant.

Docket Nos. 04–4887L, 04–5191XAP.

United States Court of Appeals,
Second Circuit.

July 14, 2005.

Daniel Goldberg, White & Case, LLP, New York, New York, for Appellant–Cross–Appellee.

Adam T. Klein, Outten & Golden, New York, New York, for Appellees–Cross–Appellant.

Present: NEWMAN, WINTER, and SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

Duane Reade appeals the district court's order awarding fees and costs to plaintiffs' counsel in the amount of $600,000 following their settlement with plaintiffs in a suit brought under the Fair Labor Standards Act and the New York Minimum Wage Act. Plaintiffs cross-appeal the district court's order granting Duane Reade an extension of time to file its notice of appeal and those aspects of the district court's order awarding fees and costs that reduced their request from $750,484.90 to $600,000.

We assume the parties' familiarity with the underlying facts and procedural history of the case. We affirm the district court's grant of Duane Reade's motion for an extension of time to file a notice of appeal on the ground that it was not an abuse of discretion. *See Goode v. Winkler,* 252 F.3d 242, 245 (2d Cir.2001) (per curiam) (district court's determination to grant or deny motions under Fed. R.App. P. 4(a)(5) reviewed under abuse of discretion standard). Accordingly, we have jurisdiction to review the award of fees and costs. Upon such review, we affirm the award of fees and costs also on the ground that it was not an abuse of discretion.

*G.M. ex rel. R.F. v. New Britain Bd. of Educ.,* 173 F.3d 77, 80 (2d Cir.1999).